On the Court of Appeals' own motion to clarify attorney fee provisions in opinion filed November 23, 1983 (65 Or App 606, 672 P2d 1205), remanded with instructions May 2, 1984

In the Matter of the Marriage of

BELT,
*Respondent - Cross-Appellant,*
*and* ·

BELT,
*Appellant - Cross-Respondent.*
(37335; CA A23818)

680 P2d 390

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

On our own motion, we amplify the dispositional language in our original opinion, 65 Or App 606, 672 P2d 1205 (1983), insofar as it relates to wife's cross-appeal only, to read as follows:

"On wife's cross-appeal, decree is modified to allow wife costs and such sum as the trial court determines to be reasonable on account of attorney fees incurred by her at the trial level without limiting the award to additional fees incurred as a result of husband's conduct before or during trial. The case is remanded for determination of those amounts."

In all other respects, our original opinion stands as written.